IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUGH COLE,<br><br>Plaintiff,<br><br>v.<br><br>NANCY ADAM, et al.,<br><br>Defendants. | Case No. 17-cv-05691-BLF (PR)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION** |

Having read and considered Defendants N. Adam and S. Waddell's administrative motion to change time to file a dispositive motion, and good cause appearing therefore, the Court GRANTS Defendants' motion. Defendants' May 8, 2018 deadline to file a dispositive motion is vacated. The time for Defendants to file a dispositive motion is extended up to and including June 7, 2018. Plaintiff's opposition to Defendants' dispositive motion is due within 28 days of the motion's filing. Defendants shall file a reply brief supporting their motion within 14 days of the filing of Plaintiff's opposition.

**IT IS SO ORDERED.**

Dated: May 10, 2018

BETH LABSON FREEMAN
United States District Court Judge

1