UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT HUGH COLE,

    Plaintiff,

    v.

NANCY ADAM, et al.,

    Defendants.

Case No. 17-05691 BLF (PR)

**ORDER DENYING REQUEST FOR COURT RULING ON PENDING MOTIONS; GRANTING EXTENSION OF TIME TO FILE OPPOSITION**

(Docket No. 20)

Plaintiff, a California inmate, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against medical officials at Pelican Bay State Prison ("PBSP"). The Court found cognizable Plaintiff's Eighth Amendment claims based on his allegations of inadequate medical care. (Docket No. 9.) Defendants filed a motion for summary judgment on June 7, 2018. (Docket No. 19.) Plaintiff's opposition was due twenty-eight days thereafter, i.e., no later than July 5, 2018.

On June 22, 2018, Plaintiff filed a "request for the court to rule on pending motions." (Docket No. 20.) In this motion, Plaintiff refers to the following motions he claims he sent to the Court on May 30, 2018: (1) a "motion requesting to file an extended motion to compel, and declaration in support"; (2) a "motion requesting to extend

discovery cutoff and dispositive motion deadlines and declaration in support"; and (3) a "motion to grant counsel." (*Id.* at 2.) However, the docket in this case contains no record of such filings, and there is otherwise no record of the Court ever receiving any such motions from Plaintiff. Accordingly, the request for a ruling on pending motions is DENIED. Plaintiff may refile these motions if he so wishes.

The Court *sua sponte* grants Plaintiff an extension of time to file an opposition to Defendants' motion for summary judgment such that Plaintiff's opposition is due **no later than August 2, 2018**. Defendants shall file a reply **within fourteen (14) days** after Plaintiff's opposition is filed. Defendants' motion shall be deemed submitted on the date the reply brief is due.

This order terminates Docket No. 20.

**IT IS SO ORDERED.**

Dated: 6/26/2018

BETH LABSON FREEMAN
United States District Judge

Order Denying Request for Court Rulings; Granting EOT to file Opp.
PRO-SE\BLF\CR.17\05691Cole_motions

2

| | |
|---|---|
| 1 | **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42** |
| 2 | **U.S.C. § 1983** |

Name: _____
         *(Last)*                *(First)*           *(Middle)*

Prisoner Number: _____

Institutional Address: _____

_____

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

_____ )
*(Enter your full name.)*         )    Case No.
         vs.                  )
_____ )
                              )    **COMPLAINT UNDER THE**
                              )    **CIVIL RIGHTS ACT,**
_____ )    **42 U.S.C. § 1983**
*(Enter full name(s) of defendant(s))* )
_____ )

# I. Exhaustion of Administrative Remedies.

*<u>Note</u>: You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.*

A.  Place of present confinement

    _____

B.  Is there a grievance procedure in this institution? **YES** ☐ **NO** ☐

C.  If so, did you present the facts in your complaint for review through the grievance procedure?   **YES** ☐   **NO** ☐

D.  If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

1. Informal appeal: _____
_____
_____
_____
___

2. First formal level: _____
_____
_____
_____

3. Second formal level: _____
_____
_____
_____
___

4. Third formal level: _____
_____
_____
_____

E. Is the last level to which you appealed the highest level of appeal available to you?
   **YES ☐   NO☐**

F. If you did not present your claim for review through the grievance procedure, explain why.
_____

## II. Parties.

A. Write your name and present address. Do the same for additional plaintiffs, if any.

_____

_____

_____

_____

____

B. For each defendant, provide full name, official position and place of employment.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

____

# III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

# IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

_____

_____

_____

_____

_____

_____

_____

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this ___ day of _____, 20__

_____

*(Plaintiff's signature)*