UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUGH COLE,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY ADAM, et al.,<br><br>    Defendants. | Case No. 17-05691 BLF (PR)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE REPLY TO DEFENDANTS' OPPOSITION TO MOTION TO AMEND COMPLAINT**<br><br>(Docket No. 47) |

Plaintiff, a California inmate, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against medical officials at Pelican Bay State Prison ("PBSP"). The Court found cognizable Plaintiff's Eighth Amendment claims based on his allegations of inadequate medical care. (Docket No. 9.) Defendants' motion for summary judgment became submitted on August 29, 2018, upon the filing of Defendants' reply. (Docket No. 33.) On September 40, 2018, Plaintiff filed a motion for leave to file a first amended complaint, (Docket No. 40), and shortly thereafter an amended complaint, (Docket No. 43). Defendants filed an opposition to the motion on October 9, 2018. (Docket No. 45.)

Plaintiff has filed a motion for an extension of time to file a reply. (Docket No. 47.) Having shown good cause, Plaintiff's request is **GRANTED**. Plaintiff shall file a reply to

his motion to compel **no later than November 16, 2018**.

This order terminates Docket No. 47.

**IT IS SO ORDERED.**

Dated: October 25, 2018

*Beth Labson Freeman*
BETH LABSON FREEMAN
United States District Judge